United States District Court
Southern District of Texas

**ENTERED**

March 11, 2022

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

UNITED STATES OF AMERICA    §
                            §
*versus*                    §        Case No. 2:22–mj–00220
                            §
Elden Don Brannan           §

## ORDER OF DETENTION PENDING TRIAL

The defendant appeared in open court with counsel and waived, without prejudice, the right to a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. Sec. 3142(f). Accordingly, the defendant is ordered detained without bond pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on March 11, 2022.

Jason Libby
United States Magistrate Judge